# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-mj-00277-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW BRENT GOETTSCHE,

    Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE

---

To: The Clerk of the court and all parties of Record

    The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, through David Tonini, Assistant United States Attorney hereby enters his appearance as counsel for the Government in this case.

//

1

I hereby certify that I am a member in good standing of the bar of this court.

Dated this 11th day of December, 2019.

                Respectfully submitted,

                JASON R. DUNN
                United States Attorney

                By: *s/David Tonini*
                DAVID TONINI
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Fax: (303) 454-0403
                E-mail: David.Tonini@usdoj.gov
                Attorney for the Government