# BALANCES, DEPOSITS & WITHDRAWALS

## Estimated value of holdings: $9,437,211.04 USD / 612.70167267 BTC

$1,283.69 remaining of $25,000.00 USD daily limit.

☑ Hide 0 Balances  ☐ Hide Delisted

| Coin ▲ | Name | Total Balance | On Orders | BTC Value | Actions |
|--------|------|---------------|-----------|-----------|---------|
| BCH | Bitcoin Cash | 406.00000000 | 0.00000000 | 72.41040450 | Deposit Withdraw |
| BTM | Bitmark | 0.05000000 | 0.00000000 | 0.00000688 | Temporarily Disabled |
| ETC | Ethereum Classic | 5800.00000000 | 0.00000000 | 11.01286600 | Deposit Withdraw |
| ETH | Ethereum | 8858.00000000 | 0.00000000 | 426.49179512 | Deposit Withdraw |
| SJCX | Storjcoin X | 63275.92019917 | 0.00000000 | 0.00000000 | Withdraw |
| XMR | Monero | 4335.00000000 | 0.00000000 | 102.92590500 | Deposit Withdraw |
| ZEC | Zcash | 0.05252573 | 0.00000000 | 0.00180520 | Deposit Withdraw |
| Table data filtered. Clear filters. | | | | | |

Looking for your Deposit & Withdrawal History?

**ABOUT POLONIEX**
Contact Us
Fees
Privacy Policy
Terms of Use

**SUPPORT**
📄 Contact Support
Support Resources
Switch to Mobile Site

**NEWS**
Press Releases
Twitter

POLONIEX
Server time: 2017-12-27 15:11 UTC
Users currently online: 47898
24hr Volume: 33969 BTC / 5449 ETH / 1568 XMR / 226528266 USDT
© Poloniex, Inc. 2017 - Wilmington, DE, USA