| Property | Owned By | Taxes | HOA Fee | Mgmt Fees |
|---|---|---|---|---|
| **Home (non rental)** | | | | |
| Lawrence Court | MDBA Trust | | N/A | N/A |
| US Hgwy 6 Keystone | Goettsche Family Trust | | | |
| **Long Term Rentals** | | | | |
| Pennsylvania | Matt Goettsche | | | |
| Blue Sky Cir | Getch Inc | | | |
| **Family/Friend Occupied** | | | | |
| Rivera Ct (Mom house) | Matt & Goettsche | | N/A | N/A |
| 7th St | LV Life LLC | | | |
| W Bridle Meadow (Utah) | Getch Bros LLC | | | |
| Gliespie (Wedding) | Brad Entity | | | |
| Tamarindo House ( ) | ? | | | |
| **Turnkey Properties** | | | | |
| W Sahara ( ) | | | | |
| E Rimrock Dr Scottsdale | AZ Life LLC | | | |
| W Flamingo | LV Life LLC | $12,363.78 | | |
| Faro Escondio Costa Rica #1 | ? | | | |
| Faro Escondio Costa Rica #2 | ? | | | |
| **Land Only** | | | | |
| 63rd Street | MDBA Land Trust | | | |
| 63rd Street | Goettsche Family Trust | | | |
| **Belize** | | | | |
| Hatchet Caye Belize | Jersery Island | | | |
| Belize Moho | ? | | | |
| Belize Wild Orchard | ? | | | |