**Subject:** Want Richard Branson to come to the island in Belize?
**From:** Joby Weeks <jobyweeks@gmail.com>
**Sent:** Fri, 1 Jun 2018 18:27:30 +0100
**To:** Matt Bitclub <bitclubemail@gmail.com>

[Belize sponsor deck v2.pdf]

Hey bro
We are putting on a submarine dive to the bottom of the blue hole in Dec.
Wanted to see if we could reserve the island for a couple days, have Richard come out, go to the bottom of the blue hole etc.
Would you like to join us?
Here is the deck.
"Donating" days on the island could make "Bitclub" or "Hatchet Caye" a sponsor.
Im going to get