IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-mj-00227

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW BRENT GOETTSCHE,

    Defendant.

## MOTION TO UNRESTRICT CASE EXCEPT FOR ECF # 1

The United States of America, by David Tonini, Assistant United States Attorney, respectfully moves to unrestrict this case and all filed pleadings except for ECF # 1. As set forth below, ECF # 1 should remain restricted at Level 2 (the Filing Party and the Court only).

In support of this motion, the Government states as follows:

1. This is a Rule 5(c)(3) proceeding involving a local arrest on an Indictment from the U.S. District Court for the District of New Jersey, Case No. 19-cr-877 (CCC). The Defendant, who is presently in custody, waived his right to an identity hearing, and a detention hearing is set before this Court on December 13, 2019.

2. This case is under restriction because the New Jersey Court ordered that the Indictment and all other documents filed in the matter be sealed until all defendants have been arrested. The New Jersey Court further ordered, "but that as each defendant is arrested, a copy

1

of the Indictment that has redacted the name of any defendant who has not yet been arrested may be unsealed and shared publicly…"

3. Four of five codefendants have been arrested. Therefore, the Indictment with one name redacted is operative and publicly available from other jurisdictions in which those defendants have appeared. That public, redacted Indictment is attached to this motion.

4. Accordingly, the justification under D.C.COLO.LCrimR. 47.1(f)(2) for the Government to request that this proceeding occur under restriction is no longer applicable, except for ECF # 1, which is the unredacted Indictment that remains sealed under the New Jersey Order. For these reasons, the Government asks this Court to unrestrict this case and all of the pleadings except for ECF #1.

For all of these reasons, the Government respectfully requests that that the Court unrestrict this case and all pleadings except for ECF # 1. To comply with the New Jersey Court's Order, ECF # 1 should remain restricted at Level 2 (the Filing Party and the Court only).

Respectfully submitted this 13th day of December 2019.

JASON R. DUNN
United States Attorney

*s/ David Tonini*
DAVID TONINI
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: David.Tonini@usdoj.gov
Attorney for the United States

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2019, I electronically filed the foregoing **MOTION TO UNRESTRICT CASE EXCEPT FOR ECF # 1** with the Clerk of the Court using the CM/ECF system.  A copy of this motion was immediately sent to counsel for the defendant via email to the following e-mail addresses:

Kristen Frost:  frost@ridleylaw.com

Patrick Ridley:  ridley@ridleylaw.com

                                        *s/ David Tonini*
                                        Attorney for Government